Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the
Central District of California
_____ Division

FILED
CLERK, U.S. DISTRICT COURT
11/30/21
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CS_____ DEPUTY

David Alva
All American Development

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

County Of San Bernardino
Purchasing Department

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.  EDCV21_2017-JGB(SPx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
**(28 U.S.C. § 1332; Diversity of Citizenship)**

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | All American Development |
   | Street Address | 1680 1/2 W 251st street |
   | City and County | Harbor City |
   | State and Zip Code | CA , 90710 |
   | Telephone Number | (424) 450-8704 |
   | E-mail Address | david310alva@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | County of San Bernardino |
| Job or Title *(if known)* | Purchasing Department |
| Street Address | 777 E. Rialto Avenue |
| City and County | City of San Bernardino , County of San Bernardino |
| State and Zip Code | CA , 92425-0760 |
| Telephone Number | |
| E-mail Address *(if known)* | bcole@pur.sbcounty.gov |

Defendant No. 2

| | |
|---|---|
| Name | County of San Bernardino |
| Job or Title *(if known)* | Economic Development Department |
| Street Address | 385 N Arrowhead Ave |
| City and County | City of San Bernardino , County of San Bernardino |
| State and Zip Code | CA , 92415 |
| Telephone Number | |
| E-mail Address *(if known)* | henry.nickel@wdd.sbcounty.gov |

Defendant No. 3

| | |
|---|---|
| Name | County of San Bernardino |
| Job or Title *(if known)* | Workforce Development Department |
| Street Address | 290 North D Street |
| City and County | Suite 600 |
| State and Zip Code | City of San Bernardino , County of San Bernardino |
| Telephone Number | |
| E-mail Address *(if known)* | gcisnero@wdd.sbcounty.gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* All American Development, is incorporated under the laws of the State of *(name)* AADevelopment, and has its principal place of business in the State of *(name)* California.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* County of San Bernardino, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Local govenment.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The amount that is at stake after business review performed by antitrust department from the federal trade commission assigned agent is $10,770,000. The amount is based off a Economic development proposal submitted to the county invoiced at $500,000. As a non profit we were integrating the county into a overall project were my partners loss future profits of $3,590,000 Accordance to tht antitrust law

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* All American Development, and the defendant, *(name)* County of San Bernardino, made an agreement or contract on *(date)* 03/28/2021. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

The agreement we entered was proposal EDA119-WDD-4127 later on changed to EDA 121-WDD-4127 were the defendants economy suffered and seek economic relief from covid 19 through solicitation for business service outreach. My corporation providing business services developed a economic development project were we guarantee our services in a statement of certification and them on terms and conditions submitting proposal and entering into the contract of respecting each others intellectual properties or data in both forms.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

The defendant failed to comply because despite our agreement , they breached our contract and used the programs and services identified in the economic developent project my firm AADevelopment had submitted and utilised them in a different competion. In this different competion by National Association of counties awarded $30,000,000 from my firms project and failed to pay at least the quoted invoice. Violationg three core federal antitrust laws Sherman act , combining monopolize and in conspire to rig bids and penal code 484.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Based on Business Review by Federal trade commission FTC #139749950 , AADEVELOPMENT is presenting antitrust claim lawsuit against San Bernardino County which violates federal and Department of Justice unfair methods of competition and business practices.The Trusts "identified as Departments in the country" given that the project was a economic development proposal for business service outreach, dominate a number of major industries , destroying completion. Individuals and companies suffering losses because of trusts were permitted in Federal Court for triple damages. The County was also found guilty breaching my personal data files , creating a shared document and submiting to their selfs Programs and Services my firm provides to other corporations and organizations.For the programs awarded by the National Award of achievement based on the Economic

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/29/2011

Signature of Plaintiff

Printed Name of Plaintiff: David Alva

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address